Patrick Cummins
CA Bar No.: 294400
Patrick@CumminsIP.com
Cummins IP PLLC
3426 PEPPERHILL RD
LEXINGTON, KY 40502
TEL: 502.445.9880
*Counsel for Plaintiff,*
*DS Advanced Enterprises,*
*Ltd.*

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD.,<br>   A CORPORATION,<br>      *Plaintiff*,<br>      v.<br>LOWE'S COMPANIES, INC.,<br>   A CORPORATION,<br>LOWE'S HOME CENTERS, LLC,<br>   A CORPORATION,<br>LF, LLC,<br>   A CORPORATION<br>YANKON LIGHTING, INC.,<br>   A CORPORATION,<br>*Defendants*. | Case No.: 3:23-cv-01335-CAB-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND STIPULATION TO AMEND DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

# NOTICE OF VOLUNTARY DISMISSAL AND STIPULATION TO AMEND DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DS Advanced Enterprises, LTD. and Defendants Lowe's Companies, Inc., Lowe's Home Centers, LLC., LF, LLC, and Yankon Lighting, Inc., through their respective counsel, stipulate to dismissal, without prejudice, of Defendants:

**Lowe's Companies, Inc.,**
**LF, LLC,** and
**Yankon Lighting, Inc.**

1. Each party shall bear its own costs and attorney's fees.
2. This stipulation does not constitute an admission by any party regarding any issue of fact or law.
3. Plaintiff reserves the right to amend the complaint to add any defendant in the future, should the facts and circumstances warrant such an amendment.

**IT IS SO STIPULATED.**

Dated: August 21, 2023
**CUMMINS IP PLLC**
*/s/ Patrick Cummins*,
Patrick Cummins, CA Bar No. 294400
3426 Pepperhill Rd.
Lexington, KY 40502
Telephone: (502) 445-9880
Patrick@CumminsIP.com

1  *Counsel for Plaintiff,*
2  *DS Advanced Enterprises, Ltd.*