Patrick Cummins
CA Bar No.: 294400
Patrick@CumminsIP.com
Cummins IP PLLC
3426 PEPPERHILL RD
LEXINGTON, KY 40502
TEL: 502.445.9880
*Counsel for Plaintiff,*
*DS Advanced Enterprises, Ltd.*

# U.S. DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION, *Plaintiff*, v. LOWE'S COMPANIES, INC., A CORPORATION, LOWE'S HOME CENTERS, LLC, A CORPORATION, LF, LLC, A CORPORATION YANKON LIGHTING, INC., A CORPORATION, *Defendants*. | Case No.: 3:23-cv-01335-CAB-JLB **DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLAIM OF WILLFUL INFRINGEMENT IN PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Patrick Cummins, declare as follows:

1. I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before all Courts of the State of California and am admitted to practice before the Southern District of California. I am counsel at Cummins IP PLLC.

2. I am the attorney of record for the Plaintiff in this matter. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would testify competently and under oath to these facts.

3. On Monday, May 8, 2023, I sent an email to investorrelations@lowes.com with a PDF version of Plaintiff's Pre-Suit Letter.

4. The email identified in the preceding statement (3) is attached as Exhibit A, and the PDF version of Plaintiff's Pre-Suit Letter is attached as Exhibit Q.

5. On Monday, May 8, 2023, I also mailed, via USPS, a printed copy of Plaintiff's Pre-Suit Letter attached as Exhibit Q to Lowe's Companies, Inc. and to Lowe's Home Centers, LLC at two different addresses.

6. On May 9, 2023 I mailed, via USPS, a printed copy of Plaintiff's Yankon Pre-Suit Letter to Yankon Lighting, Inc. at their Texas address.

7. The Yankon Pre-Suit Letter identified in the preceding statement (6) is attached as Exhibit R.

8. On May 9, 2023, I also emailed a PDF version of the Yankon Pre-Suit Letter from Exhibit R to the email address contact@yankon-lighting.com.

9. The email to Yankon identified in the preceding statement (8) is attached as Exhibit D.

10. On May 22, 2023, I sent an additional email to legal@lowes.com with the PDF version of Plaintiff's Pre-Suit Letter attached as Exhibit Q.

11. The email identified in the preceding statement (10) is attached as Exhibit B and, again, the PDF version of Plaintiff's Pre-Suit Letter is attached as Exhibit Q.

12. In response to the additional email sent to legal@lowes.com, and also on May 22, 2023, I received an auto-response email from the email address law@lowes.com.

13. The auto-response email identified in the preceding statement (12) is attached as Exhibit C and indicates that "[e]ach email received at law@lowes.com will be routed to the appropriate group to handle your request." (modified).

14. On June 11, 2023, I received an email from Mr. Robin Wang, who expressly stated in their email that they were "counsel for Zhejiang Yankon Group Co., Ltd.," which, upon information and belief, is the Chinese parent company of Yankon Lighting, Inc.

15. The email from Mr. Robin Wang identified in the preceding statement (14) is attached as Exhibit E, which shows the Yankon Response Letter attached as a PDF.

16. The Yankon Response Letter is referred to in Plaintiff's Opposition Memo attached to this filing, and is attached to Defendant's Motion as Defendant's Exhibit B (Doc. No. 19-4) and referenced in Defendant's Declaration (Doc. No. 19-2 at pg. 2, lines 6-7).

17. A screenshot showing the other recipients of the email from Mr. Robin Wang is attached as Exhibit F.

18. In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of November, 2023, in Lexington, Kentucky.

_____,

Patrick D. Cummins, CA Bar No. 294400

