Patrick Cummins
CA Bar No.: 294400
Patrick@CumminsIP.com
Cummins IP PLLC
3426 PEPPERHILL RD
LEXINGTON, KY 40502
TEL: 502.445.9880
*Counsel for Plaintiff,*
*DS Advanced Enterprises, Ltd.*

# U.S. DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., A CORPORATION, *Plaintiff*, v. LOWE'S COMPANIES, INC., A CORPORATION, LOWE'S HOME CENTERS, LLC, A CORPORATION, LF, LLC, A CORPORATION YANKON LIGHTING, INC., A CORPORATION, *Defendants*. | Case No.: 3:23-cv-01335-CAB-JLB  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLAIM OF WILLFUL INFRINGEMENT IN PLAINTIFF'S FIRST AMENDED COMPLAINT** |

# REQUEST FOR JUDICIAL NOTICE

In accordance with Fed. R. Evid. 201, Plaintiff requests that this Court, in its consideration of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Claim of Willful Infringement in Plaintiff's First Amended Complaint, take judicial notice of the information contained in the following documents, attached hereto as:

Exhibit G: Proof of ongoing sales of Defendant's alleged infringing products, available by submitting the search query: "Item 5041632 Model MQTL1182-LED12K9027", (quotes included) into the search field of Defendant's website www.lowes.com, or by executing the following URL:

https://www.lowes.com/search?searchTerm="Item 5041632 | Model MQTL1182-LED12K9027"

Exhibit H: Proof of unavailability of Defendant's alleged infringing products through the Lowe's Canada website, by submitting the search query "Item 5041632 Model MQTL1182-LED12K9027", (quotes included) into the search field of Defendant's website www.lowes.ca, or by executing the following URL:

https://www.lowes.ca/search?query=%22Item+5041632+Model+|+MQTL1182-LED12K9027%22

Exhibit I: Proof of employment dates of Philippe Ciot available through LinkedIn.com, by submitting the search query "Philippe Ciot Lowes" into the search field of www.Linkedin.com, or by executing the following URL:

https://www.linkedin.com/in/philippe-ciot-652a5b261/



1

Case No.: 3:23-cv-01335-CAB-JLB

Exhibit J: Proof of availability of single copper wire by submitting the search query "THHN 10 Solid Green Yellow Stripe Wire" into the search field of www.crawfordelectricsupply.com, or by executing the following URL:

https://www.crawfordelectricsupply.com/product/detail/23856/thhn-wire-copper-wic-thhn-10-sol-grn-yel-2500r

Exhibit K: Proof of availability of plurality of wires by submitting the search query "THHN 12 Stranded Green Yellow Stripe Wire" into the search field of www.crawfordelectricsupply.com, or by executing the following URL:

https://www.crawfordelectricsupply.com/product/detail/24461/thhn-wire-copper-wic-thhn-12-str-grn-yel-500r

Exhibit L: Proof of image label text (with enlarged, cropped version) associated with image copied into Defendant's Motion to Dismiss, and which is available by selecting the first wire nut image at the right of the page https://en.wikipedia.org/wiki/Twist-on_wire_connector or by executing the following URL:

https://en.wikipedia.org/wiki/Twist-on_wire_connector#/media/File:Array_of_twist-on_wire_connectors_aka_wire_nuts_in_different_sizes.jpg

Exhibit M: Proof of the date of dissolution of Defendant's Canadian subsidiaries, which is available but submitting the search query "Lowes Home" into the following Canadian Government website https://ised-isde.canada.ca/cc/lgcy/fdrlCrpSrch.html?locale=en_CA, and selecting the single search result, or by selecting the following link:



https://ised-isde.canada.ca/cc/lgcy/fdrlCrpDtls.html?p=0&corpId=3020991

Exhibits N and O: Proof of Defendant's manufacturer, Zhejiang Yankon, filing a patent application for an LED lamp that uses, as a flame retardant, magnesium and/or other metals identified in Plaintiff's Elemental Analysis of Defendant's alleged infringing products, and which is available by searching "CN212929715U" in the search field of patents.google.com or by selecting the following URL:

https://patents.google.com/patent/CN212929715U/en

Exhibit P: Proof (with emphasis added) of Defendant offering a "wire-nut" product that connects multiple wires, and which is available by submitting the search query "1000365835" (quotes included) into the search field of www.lowes.com and selecting the "+" in the image gallery and then selecting the image from Exhibit P, or by executing the following URL and following the aforementioned instructions:

https://www.lowes.com/pd/IDEAL-76B-WIRE-NUT-100-Pack-Red-Wire-Connectors/1000365835

Exhibit S:  Proof that the phrase "twist connector" is not used in the Wikipedia article cited by the Defendant, and which is available by accessing the following URL:

https://en.wikipedia.org/wiki/Twist-on_wire_connector.

Exhibit T: Proof of a disinterested Chinese manufacturer indicating intent to incorporate metals (*e.g.*, Magnesium, Aluminum, etc.) into housings of electronics to operate as fire retardant available by selecting "Read More" under the "Halogen Free Flame Retardant" link at www.qingdaopengfeng.com and then selecting any



of the links corresponding to Magnesium, Aluminum, or other white metal powders, or by executing the following URLs:

https://qingdaopengfeng.com/flame-retardant-division/

https://qingdaopengfeng.com/flame-retardant-division/fine-aluminum-hydroxide/

https://qingdaopengfeng.com/flame-retardant-division/fine-magnesium-hydroxide/

Under, Federal Rule of Evidence 201, "[t]he Court may take judicial notice of a fact that is not subject to a reasonable disputed because it . . . can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." This can include information found on a company's website. See *Patel v. Parnes*, 253 F.R.D. 531, 546-547 (C.D. Cal. 2008). Here, Defendant's websites, Wikipedia, Google's patent search website, the LinkedIn website, and the Canadian Government website, are easily accessible, easily verified, and not subject to reasonable dispute. Further, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may also be considered in ruling on a Rule 12(b)(6) motion to dismiss." (internal quotes omitted). *Id*. This also can include information on a company's website. *Id*. Here, Plaintiff's FAC relies upon the Defendant's website, the LinkedIn website, and the Canadian Government's website to support their allegations of willful infringement, which is the subject of Defendant's Motion. Defendant's Motion relies on a Wikipedia page that cites third party websites like www.patents.google.com and www.gardnerbender.com to support their opinion of non-infringement, and Plaintiff's submits Opposition Exhibits J, K, N, O, and T which also reference patents.google.com and other third party supplier websites such as www.crawfordelectricsupply.com and www.qingdaopengfeng.com.

In summary, Plaintiff requests Judicial Notice of the herein Opposition Exhibits, which correspond to public webpages that are easily accessible, easily verified, and not subject to reasonable dispute.

In summary, Plaintiff requests Judicial Notice of the herein Attached Opposition Exhibits G, H, I, J, K, L, M, N, O, P, S, and T which correspond to readily and easily available public websites.

Dated: November 20, 2023

**CUMMINS IP PLLC**

*/s/ Patrick Cummins*,

Patrick D. Cummins, CA Bar No. 294400

3426 Pepperhill Rd.

Lexington, KY 40502

Telephone: (502) 445-9880

Patrick@CumminsIP.com

*Counsel for Plaintiff, DS Advanced Enterprises, Ltd.*

