# Exhibit A

**Linxuan Yan**

| | |
|---|---|
| **From:** | Patrick Cummins <patrick@cumminsip.com> |
| **Sent:** | Tuesday, October 15, 2024 5:42 PM |
| **To:** | Scott D. Stimpson |
| **Cc:** | Katherine Lieb; Linxuan Yan |
| **Subject:** | Re: Citing LHC Protected Materials \| DSAE v. LHC |

### *** External Email ***

52(b) motion and opposition to your 285 motion. I believe my notice today starts an 8-day clock for you to file the referenced documents under seal.

Thank you,
Patrick

On Tue, Oct 15, 2024, 5:34 PM Scott D. Stimpson <sstimpson@sillscummis.com> wrote:

> Patrick:
>
> Opposition to what? Motion for what?
>
> Make sure everything is sealed, we will check these rules tomorrow.
>
> Scott
>
> **Scott D. Stimpson**
> Chairman of the Intellectual Property Group
>
> 
>
> website | bio | vCard | email
>
> 101 Park Avenue, 28th Floor, New York, NY 10178
> p (212) 500-1550 | f (212) 643-6500   map
>
>> On Oct 15, 2024, at 5:11 PM, Patrick Cummins <patrick@cumminsip.com> wrote:
>>
>> ### *** External Email ***
>>
>> Hi Scott,

1

Per Judge Bencivengo's Rules V(2) at pg. 4, I'm notifying you that Plaintiff intends to file an opposition and motion that will cite materials LHC designated as confidential and/or AEO.

These materials include the entire docs have the following stamps:

LHC_000791, LHC_000792, LHC_000794, LHC_000788, LHC_001732, LHC_001730, LHC_000795, LHC_000820, LHC_000815, LHC_000841, LHC_001803, LHC_000837, LHC_000813, LHC_000817, LHC_000827, LHC_000826, LHC_001802, LHC_000832, LHC_001801, LHC_000841, and LHC001801.

The stamps may appear just on the first page of the doc, or the doc may be named according to the stamp.

Thank you,

Patrick D. Cummins
*Patent Prosecutor and Litigator*
(502) 445-9880
Patrick@CumminsIP.com



NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.