Patrick Cummins
CA Bar No.: 294400
Patrick@CumminsIP.com
Cummins IP PLLC
3426 PEPPERHILL RD
LEXINGTON, KY 40502
TEL: 502.445.9880
*Counsel for Plaintiff,*
*DS Advanced Enterprises, Ltd.*

# U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., a corporation, <br><br> *Plaintiff*, <br> v. <br> LOWE'S HOME CENTERS, LLC, a corporation, <br><br> *Defendant*. | Case No.: 3:23-cv-01335-CAB-JLB <br><br> **Notice of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b) Regarding Judgement** <br><br> Date:   December 2, 2024 <br> Judge:  Hon. Cathy Ann Bencivengo <br><br> PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 2, 2024, or as soon as hereafter as the matter may be heard in the above-identified court, located at 221 W Broadway, San Diego, California, 92101, Plaintiff DS Advanced Enterprises, Ltd. hereby moves this Honorable Court to amend and/or correct its Judgement (Doc. No. 67) regarding Defendant's Motion for Summary Judgement (Doc. No. 34).

The grounds supporting this Motion are Fed. R. Civ. P. §§ 52(b) and 59(e), which allow this Court to amend and/or reconsider their judgements when there is "some blatant injustice, or an obvious error". *Karoun Dairies, Inc. v. Karoun Dairies, Inc.*, Civil No. 08-1521-AJB (WVG), 5 (S.D. Cal. Oct. 24, 2014) (internal citations omitted).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities in Support of this Motion, the accompanying Declaration, all pleadings and papers on file herein and under seal, and upon such evidence and arguments as the Court may allow at the time of hearing.

Dated: October 28, 2024

Cummins Intellectual Property (IP) Law PLLC

*/s/ Patrick Cummins*,

Patrick Cummins, CA Bar No. 294400

Patrick@CumminsIP.com

3426 Pepperhill Rd.

Lexington, KY 40502

Telephone: (502) 445-9880

*Counsel for Plaintiff,*

*DS Advanced Enterprises, Ltd*.



1

Notice of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b) Regarding Judgement
Case No.: 3:23-cv-01335-CAB-JLB