PATRICK CUMMINS (SBN: 294400)
Patrick@CumminsIP.com
Cummins IP PLLC
3426 Pepperhill Rd.
Lexington, KY 40502
Telephone: 502.445.9880
*Counsel for Plaintiff,*
  *DS Advanced Enterprises, Ltd.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., a corporation, <br><br> *Plaintiff*, <br> v. <br> LOWE'S HOME CENTERS, LLC, a corporation, <br><br> *Defendant*. | Case No.: 3:23-cv-01335-CAB-JLB <br><br> **Declaration of Patrick Cummins in Support of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b) Regarding Judgement** <br><br> Date: December 2, 2024 <br> Judge: Hon. Cathy Ann Bencivengo <br><br> PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Declaration of Patrick Cummins in Support of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b)*

*Honorable Judge Burkhardt*
— 1 —    *Case No.: 3:23-cv-01335-CAB-JLB*

I, Patrick Cummins, declare as follows:

1. I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before all Courts of the State of California and am admitted to practice before the Southern District of California. I am counsel at Cummins IP PLLC.
2. I am the attorney of record for the Plaintiff in this matter. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would testify competently and under oath to these facts.
3. I received the physical samples of Plaintiff's Covered Products on March 29, 2024, just after Plaintiff served their infringement contentions on March 20, 2024.
4. I captured the photographs shown in the attached Motion, and annotated many of the images for explanation.
5. Exhibit A, attached, is a true and correct copy excerpts I captured of a letter I received from Defendant's Counsel objecting to a non-party subpoena to Lowe's subsidiary Lowe's Global Sourcing.
6. I prosecuted a separate patent application for Mr. David Sherman, President of DS Advanced Enterprises, Ltd. Mr. Sherman and Plaintiff qualify as micro-entities per See 37 C.F.R. § 1.29. The Patent asserted in this Case, US 11,054,118, was David Sherman's first patent ever.
7. I caused Matt Varnell to be served with a non-party subpoena for documents during this Case. I received photographic confirmation of that service. I never received a response or objection from Matt Varnell or his company within the deadline identified in the subpoena.

In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Declaration of Patrick Cummins in Support of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b)*

*Honorable Judge Burkhardt*
— 1 —   Case No.: 3:23-cv-01335-CAB-JLB

1  Dated: October 28, 2024

2  */s/ Patrick D. Cummins*,

3  Patrick D. Cummins

4  Cummins IP Law PLLC

5  3426 Pepperhill Rd.

6  Lexington, KY 40502

7  Telephone: (502) 445-9800

8  Patrick@CumminsIP.com

9  *Attorney for Plaintiff,*

10     *DS Advanced Enterprises, Ltd.*

28  *Declaration of Patrick Cummins in Support of Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b)*

*Honorable Judge Burkhardt*
— 2 —     *Case No.: 3:23-cv-01335-CAB-JLB*