# **EXHIBIT B**

*Exhibit*

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 15 | 32.   Home Depot admits that Mr. Sherman gave presentations to Home Depot |
| 16 | regarding Plaintiff's lighting products on or around April 2, 2019 and August 27, 2019. |

| 28 | |
| --- | --- |
| | 30 |
| | HOME DEPOT'S ANSWER TO COMPLAINT                    CASE NO. 5:23-CV-02603 |

1
2    Dated: July 22, 2024                    Respectfully submitted,
3
4                                            By: */s/ Ryan W. Koppelman*
5                                            Ryan W. Koppelman (SBN 290704)
6                                            **Alston & Bird LLP**
                                             350 S. Grand St. 51st Floor
7                                            Los Angeles, CA 90071
8                                            Telephone:   (213) 576-1000
                                             ryan.koppelman@alston.com
9
                                             Adam D. Swain (SBN 257687)
10                                           **Alston & Bird LLP**
                                             950 F St NW
11                                           Washington, DC 20004
                                             Telephone:   (213) 576-1000
12                                           adam.swain@alston.com
13                                           Katherine G. Rubschlager (SBN 328100)
14                                           **Alston & Bird LLP**
                                             560 Mission St., Suite 2100
15                                           San Francisco, CA 94105
                                             Telephone:   (415) 243-1000
16                                           katherine.rubschlager@alston.com
17                                           *Attorneys for Defendant Home Depot USA,*
                                             *Inc.*
18

*Exhibit*

5