# EXHIBIT C

*Exhibit*

6





Zhejiang Foxsun Lighting Co.,Ltd
浙江富乐照明有限公司

Address:No.7 Wanlong Road,Economic Development Zone ,Haichang Street,Haining City Zhejiang, PR China
浙江省海宁市尖海昌街道经开开发区万隆路7号
E-mail:manager@foxsun.net  Tel:86-573-87809072
Mob:86+13511365341  SkypeID : chinaand2
http://www.foxsun.net

FOXSUN LIGHTING 富氏照明

Zhejiang Foxsun Lighting has been exporting LED products exclusively to the North American market for more than 12 years.

Our highly qualified team's main goal is to provide unique products, very competitive pricing, excellent quality, and exceptional customer service.

WHY CHOOSE FOXSUN

We focus on LED down lighting and LED flush mount lighting.

We have a strong design and development team with many years of experience ISO9001 certification backed by a strong QA system

OEM & ODM as required by customers

Over 300 staff

Short lead times

Chinese, USA, and Canadian Patented items

LPG production lines, SMT machines, aging lines














LED LAMPS
Since 2008

COMPANY INTRODUCTION 企业简介



OXSUN LIGHTING

**Commercial Downlight**

J-Box Recessed
0-10V Dimmable Downlight

**UVC Downlight**

*Coming Soon*

**Decorative Downlight**

*Coming Soon*

**Residential Downlight**

J-Box Recessed
Slim Downlight

5CCT Selectable J-Box
Recessed Slim Downlight

J-Box Recessed
Back Lit Downlight

Rotatable Gimbal Downlight

2 in 1 Back Lit Downlight

2 in 1 Baffle
Downlight Square

2 in 1 Baffle
Downlight Round

3 in 1 Narrow Frame Downlight

3 in 1 Frameless Downlight

2 in 1 Disk Light

**Smart Slim Downlight**

APP Control RGBCW Downlight

APP Control RGBCW Downlight

# Recessed LED Downlight

Residential Downlight
Commercial Downlight
Smart Slim Downlight
UVC Downlight
Decorative Downlight



**Foxsun**
Give you a high quality of life

OXSUN LIGHTING
富生照明

Direct recessed LED down lights are ideal replacements for traditional recessed lighting. Electrical consumption is about 15% of the equivalent incandescent light, saving energy costs and being good for the planet. The innovative lens and reflectors provide uniform illumination with a minimum of glare. Average lifetime of our LED luminaires is 50,000 hours of maintenance free use. Most designs include a smooth dimming feature compatible with many common dimmers available on the market. Energy Star and cETL compliant and Patented installation make this product ideal for new construction and retrofit applications.

In addition, our products are available with a smart app that works with Google Assistant and Amazon Alexa, or our easy to use mobile APP. Consumers can choose colors, brightness, differing scenes and schedule timing all through their mobile phone or voice control.





## International standards
国际品质标准

### Retrofit Recessed Installation    New Construction Installation

* **Patented 2 Installation in 1 Light**
* **Zero Tariff**
* **J-Box Non-Removable**
* **Cost Down 20%**
* **5CCT Selectable**

| Model No | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF | CRI |
|---|---|---|---|---|---|---|---|---|---|
| FX-DL4-9W-DIM-5CC-HC-* | 2in1 Backlite Downlights | 120V/60Hz | 10W | Φ132*22mm | Φ110mm | 2.7K/3K/3.5K/4K/5K | 800LM | >8.9 | 80/90 |
| FX-DL6-12W-DIM-5CC-HC-* | 2in1 Backlite Downlights | 120V/60Hz | 12W | Φ184*23mm | Φ160mm | 2.7K/3K/3.5K/4K/5K | 960LM | >8.9 | 80/90 |

## Patented 2 in 1 Back Lit Downlight
## New Construction & Retrofit Recessed Installation

FOXSUN LIGHTING
富乐照明

LAMPS
LED

Since 2006

International standards
国际品质标准

* . 3 Installations in 1 Light
* . Zero Tariff
* . 3 in 1 Patented



44.90
42.70
14.00

44.90
42.70

44.30
42.20
13.90

13.90

| Model No. | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF | CRI |
|---|---|---|---|---|---|---|---|---|---|
| ZF-DL4-10W-DIM-CC-*L# | 3 in1 Narrow Downlights Round | AC120V | 10W | Φ127*68mm | Φ108mm | 2.7K/3K/3.5K/4K/5K | 550LM | >0.9 | 80/90 |
| ZF-DL6-12W-DIM-CC-*L# | 3 in1 Narrow Downlights Round | AC120V | 12W | Φ183*65mm | Φ160mm | 2.7K/3K/3.5K/4K/5K | 850LM | >0.9 | 80/90 |
| ZF-DL8-18W-DIM-CC-*L# | 3 in1 Narrow Downlights Round | AC120V | 18W | Φ225*65mm | Φ160mm | 2.7K/3K/3.5K/4K/5K | 1200LM | >0.9 | 80/90 |

PATENTED
PATENTED



FOXSUN LIGHTING
富乐照明

Patented 3 in 1 LED Narrow Frame Downlight

LED

LAMPS

Since 2008

International standards
国际品质标准

* . 3 Installations in 1 Light
* . Zero Tariff
* . 3 in 1 Patented

| Model No. | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF | CRI |
|---|---|---|---|---|---|---|---|---|---|
| ZF-DL4-V9B-DIM-CC-*W* | 3 in 1 Frameless Downlight- Round | AC120V | 12W | Φ127*60mm | Φ108mm | 2.7K/3K/3.5K/4K/5K | 700LM | >0.9 | 80/90 |
| ZF-DL6-12W-DIM-CC-*W* | 3 in 1 Frameless Downlight- Round | AC120V | 12W | Φ183*62mm | Φ10mm/Φ10mm | 2.7K/3K/3.5K/4K/5K | 1000LM | >0.9 | 80/90 |

PATENTED

Patented 3 in 1 LED Frameless Downlight

FOXSUN LIGHTING
鹰东照明





International standards
国际品质标准

LAMPS
LED
Since 2008

## LOW PROFILE  EASY TO INSTALL

**RECESSED CAN INSTALLATION**
FITS BOTH 4" or 5" or 6" CAN

E26 ADAPTER

WIRE NUTS

**JUNCTION BOX INSTALLATION**
2.75"-3.5" or 4" J-BOX

WIRE NUTS

## 2 in 1 Installation

### 5CCT IN ONE
2700K 3000K 3500K 4000K  5000K

Clamp Location
50,000 Hours

## PRODUCT DIMENSIONS

| Model No. | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF |
|---|---|---|---|---|---|---|---|---|
| FX-DL6-12W-DIM-CC-HI | 5/6 inch Disk downlight | AC120V | 12W | Φ164mm | / | 2700K/3000K/3500K/4000K/5000K | 850LM ±5% | > 0.9 |
| FX-DL6-12W-DIM-5CC-HI | 5/6 inch 5CCT Disk downlight | AC120V | 12W | Φ164mm | / | 2700K/3000K/3500K/4000K/5000K | 850LM ±5% | > 0.9 |

---

FOXUN LIGHTING
富讯照明

## 2 in 1 LED Disk Light

E26 Adapter
For Recessed Can Only

Wire Nuts

Two Long Screws
For Deep J-Box

Spring Tabs
For Recessed Can Only

2 Short Screws
For Shallow J-Box

ETL Intertek

IC RATED

AIR TIGHT

Dimmable

CRI 80+

80+

Dimmable

Damp Location

T24

JA8

LED LAMPS
Since 2008

International standards
国际品质标准


Control the Downlight from Your Mobile Phone

**Time Setting**
Tailor to automatic working time for your need



**Group Control**
Create a group with the app for your smart light

**Voice Control**
Works with Alexa Echo Dot and Google Home



| Model No | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF | CRI |
|---|---|---|---|---|---|---|---|---|---|
| FX-DL4-9W-RGBCW-#T | 4 inch 9w Control RGBCW Downlight | AC120V | 9W | Ø146mm | Ø112-120mm | 2700K-5000K+R G B C W | 600±10%LM | >0.9 | 80/90 |
| FX-DL6-12W-RGBCW-#T | 6 inch 12w Control RGBCW Downlight | AC120V | 12W | Ø196mm | Ø162-175mm | 2700K-5000K+R G B C W | 850±10%LM | >0.9 | 80/90 |



FOXSUN LIGHTING
富乐照明

APP Control RGBCW Downlight Smart Light

RGB



International standards
国际品质标准



**Time Setting**
The light bulb will be automatically ON/OFF at your pre-set time.





**Voice Control**
Control your light with your voice.

Compatible with Amazon Alexa
Compatible with Siri
Compatible with Google Assistant

Alexa, turn on the kitchen light
Okay

| Model No. | Description | Voltage | Power | Size | Hole cutting | CCT | Lumen | PF | CRI |
|---|---|---|---|---|---|---|---|---|---|
| FX-DL4-9W-DDIM-TW-4E | 4-inch App TW Downlight | AC120V | 9W | Φ120mm | Φ100mm | 2700K-3000K/3500K/4000K/5000K | 550±10%LM | >0.9 | 80/90 |
| FX-DL6-12W-DDIM-TW-4E | 6-inch App TW Downlight | AC120V | 12W | Φ170mm | Φ160mm | 2700K-3000K/3500K/4000K/5000K | 800±10%LM | >0.9 | 80/90 |
| FX-DL4-9W-DDIM-RGBCW-4E | 4-inch App RGBCW Downlight | AC120V | 9W | Φ120mm | Φ100mm | 2700K-5000K,R.G.B.C.W | 550±10%LM | >0.9 | 80/90 |
| FX-DL6-12W-DDIM-RGBCW-4E | 6-inch App RGBCW Downlight | AC120V | 12W | Φ170mm | Φ160mm | 2700K-5000K,R.G.B.C.W | 800±10%LM | >0.9 | 80/90 |



App Control RGBCW Downlight Smart Light

FOXSUN LIGHTING 富�br森明