# CERTIFICATE OF SERVICE

I, Patrick Cummins, of full age, certify that on October 28, 2024, I caused a copy of the foregoing ***Plaintiff's Motion Pursuant to Fed. R. Civ. P. § 59(e) and §52(b) Regarding Judgement and Supporting Declaration*** to be served by electronic mail to the following counsel of record for Case No.:3:23-cv-01335-CAB-JLB:

PETER S. DOODY

SCOTT D. STIMPSON (Pro Hac Vice)

KATHERINE M. LIEB (Pro Hac Vice)

LINXUAN YAN (Pro Hac Vice)

*Attorneys for Defendant LOWE'S HOME CENTERS, LLC*

In accordance with 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of October 2024, in Lexington, Kentucky.

_____,

Patrick D. Cummins, CA Bar No. 294400