

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No.: 3:23-cv-01335-CAB-JLB<br><br>**ORDER SEALING DOCUMENTS**<br><br>[ECF No. 76] |

Defendant has notified the Court that Plaintiff intends to file documents designated as confidential by protective order in its (1) filing for reconsideration of the Court's grant of summary judgment and (2) in any opposition to Defendant's request for attorney fees. [ECF No. 76.] Neither of these filings can be classified as dispositive. The Court has reviewed the documents at issue and the Defendant's related representations. The identified documents appear to have little relevance to the issues remaining before the Court. The Court finds that there is good cause for filing these documents under seal. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Moreover, the Court finds compelling reasons for their sealing based on their disclosure of sensitive commercial information. *See San Diego Detox, LLC v. Detox Ctr. of San Diego, LLC*, No. 3:22-CV-01145-RBM-DDL, 2024 WL 3610965, at *1 (S.D. Cal. July 31, 2024).

1   The Court hereby **ORDERS** that any future incorporation of the documents lodged in Defendant's Exs. A-T be filed under seal.  [*See* Decl. of Mr. Scott D. Stimpson, ECF No. 76-2 at 2–4.]  Defendant should specifically identify by motion any documents that should be sealed in Plaintiff's filed motion for reconsideration.  [ECF No. 79.]

Dated:  October 30, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge