PETER S. DOODY (Bar No. 127653)
Doody@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:  (619) 236-1551
Facsimile:   (619) 696-1410

SCOTT D. STIMPSON (Pro Hac Vice)
KATHERINE M. LIEB (Pro Hac Vice)
LINXUAN YAN (Pro Hac Vice)
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, NY 10178
Telephone: (212) 643-7000

Attorneys for Defendant LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Corporation,<br><br>Defendant. | Case No. 3:23-cv-01335-CAB-JLB<br><br>**REPLY DECLARATION OF KATHERINE M. LIEB IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES**<br><br>JUDGE:   THE HONORABLE CATHY ANN BENCIVENGO<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Katherine M. Lieb, declare as follows:

1. I am an Of Counsel at the law firm of Sills Cummis & Gross P.C., 101 Park Avenue, 28th Floor, New York, New York 10178, attorneys for defendant Lowe's Home Centers ("LHC") in this litigation. I submit this reply declaration in

1  further support of LHC's Motion for Attorneys' Fees and Related Expenses. I have
2  personal knowledge of the facts set forth herein and can testify competently thereto.
3     2.   Attached hereto as Exhibit K is a true and correct copy of an excerpt of
4  Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Per Patent
5  L.R. 3.1 and 3.2, dated March 20, 2024.
6     I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2024

_____
Katherine M. Lieb