1  PETER S. DOODY (Bar No. 127653)
   Doody@higgslaw.com
2  HIGGS FLETCHER & MACK LLP
   401 West A Street, Suite 2600
3  San Diego, California 92101-7910
   Telephone:  (619) 236-1551
4  Facsimile:   (619) 696-1410

5  SCOTT D. STIMPSON (Pro Hac Vice)
   KATHERINE M. LIEB (Pro Hac Vice)
6  LINXUAN YAN (Pro Hac Vice)
   SILLS CUMMIS & GROSS P.C.
7  101 Park Avenue, 28th Floor
   New York, NY 10178
8  Telephone: (212) 643-7000

9  Attorneys for Defendant LOWE'S HOME
   CENTERS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DS ADVANCED ENTERPRISES, LTD., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Corporation,<br><br>Defendants. | Case No. 3:23-cv-01335-CAB-JLB<br><br>**NOTICE OF MOTION AND DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   January 9, 2025<br>Judge;  The Honorable Cathy Ann Bencivengo<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
|---|---|

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 9, 2025, or as soon thereafter as the matter may be heard before the Honorable Cathy Ann Bencivengo in Courtroom 15A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, DEFENDANT LOWE'S HOMES CENTERS, LLC'S ("LHC") will, and hereby does, move for an order

sealing the Confidential Documents referenced in Plaintiff's filed Motion for Reconsideration and Opposition to LHC's Motion for Attorney's Fees [Dkt. #79 and 81].

This Motion is based on the previously filed Notice of Motion and Memorandum of Law in Support of LHC's Motion to File Documents under Seal (ECF No. 76) and Order granting same (ECF No. 80), the accompanying Motion, all pleadings and papers filed in this action, and such other and further matters as the Court may consider.

Dated:  December 5, 2024          HIGGS FLETCHER & MACK LLP


By:     */s/ Peter S. Doody*
          PETER S. DOODY


SILLS CUMMIS & GROSS P.C.
Scott D. Stimpson (Pro Hac Vice)
Katherine M. Lieb (Pro Hac Vice)
Linxuan Yan (Pro Hac Vice)

Attorneys for Defendant LOWE'S HOME CENTERS, LLC