PETER S. DOODY (Bar No. 127653)
Doody@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

SCOTT D. STIMPSON (Pro Hac Vice)
KATHERINE M. LIEB (Pro Hac Vice)
LINXUAN YAN (Pro Hac Vice)
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, NY 10178
Telephone: (212) 643-7000

Attorneys for Defendant LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Corporation,<br><br>    Defendant. | Case No. 3:23-cv-01335-CAB-JLB<br><br>**DECLARATION OF KATHERINE M. LIEB IN SUPPORT DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: January 9, 2025<br>Judge: The Honorable Cathy Ann Bencivengo<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Katherine M. Lieb, declare as follows:

1. I am Of Counsel to the law firm Sills Cummis & Gross P.C., 101 Park Avenue, 28th Floor, New York, New York 10178, attorneys for defendant LOWE'S HOME CENTERS, LLC ("LHC") in this litigation. I submit this declaration in support of LHC's Motion to File Documents under Seal. I have personal knowledge of the facts set forth herein and can testify competently thereto.

2. A true and correct copy of LHC_000788, previously produced in this litigation and designated as CONFIDENTIAL, is attached hereto as **Exhibit B**.

3. A true and correct copy of LHC_000791, previously produced in this litigation and designated as CONFIDENTIAL, is attached hereto as **Exhibit C**.

4. A true and correct copy of LHC_000792 to 793, previously produced in this litigation and designated as CONFIDENTIAL, is attached hereto as **Exhibit D**.

5. A true and correct copy of LHC_000794, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit E**.

6. A true and correct copy of LHC_000795 to 812, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit F**.

7. A true and correct copy of LHC_000815 to 816, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit H**.

8. A true and correct copy of LHC_000820 to 824, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit J**.

9. A true and correct copy of LHC_000826, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit K**.

10. A true and correct copy of LHC_000827 to 828, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit L**.

11. A true and correct copy of LHC_000832, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit M**.

12. A true and correct copy of LHC_000837 to 838, previously produced in this litigation and designed as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit N**.

13. A true and correct copy of LHC_000841 to 887, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit O**.

14. A true and correct copy of LHC_001730, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit P**.

15. A true and correct copy of LHC_001732, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit Q**.

16. A true and correct copy of LHC_001801, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit R**.

17. A true and correct copy of LHC_001802, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit S**.

18. A true and correct copy of LHC_001803 to 1804, previously produced in this litigation and designated as CONFIDENTIAL – FOR COUNSEL ONLY, is attached hereto as **Exhibit T**.

19. Plaintiff did not object to the confidentiality designations of any of the above documents at any time during the course of discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2024

_____
Katherine M. Lieb

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3