# EXHIBIT A

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Yankon Lighting
Samuel Wang

August 5, 2024
Client/Matter No. ▮
Invoice: 2063410
Billing Attorney: SDS

Federal Tax Id: ▮

RE: DS Enterprise patent litigation

For Legal Services Rendered Through July 31, 2024



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ███████████

Invoice: 2063410

Page 2

HOURS            AMOUNT



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ███████

Invoice: 2063410

Page 3

| | | | HOURS | AMOUNT |
|---|---|---|---|---|



| 07/31/24 | SDS | Correspondence to opposing counsel re Protective Order violation, review research re same, correspondence to clients re same, attention to dispute procedures for court (2.3); | 3.80 | **2.3** |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ████████████

Invoice: 2063410

Page 4

| | | HOURS | AMOUNT |
|---|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ████████

Invoice: 2063410

Page 5

HOURS ████    AMOUNT



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. 

Invoice: 2063410

Page 6

HOURS    AMOUNT

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ████████████

Invoice: 2063410

Page 7

| | | HOURS | AMOUNT |
|---|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ████████

Invoice: 2063410

Page 8



HOURS        AMOUNT

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. ███████████

Invoice: 2063410

Page 9



Disbursement Detail

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

August 5, 2024

Client/Matter No. █████████

Invoice: 2063410

Page 10





## SUMMARY OF AMOUNTS SOUGHT

Invoice #:  2063410                    Date: August 5, 2024

| Date | Attorney | Time | Hourly Rate | Total Amount |
|------|----------|------|-------------|--------------|
| 07/31/24 | S. Stimpson | 2.3 | $925.00 | $2,127.50 |

**Total Monthly Amount (Before Discount):**          **$2,127.50**

**Less Client Fee Discount**                                   **$319.13**

**Total Monthly Amount for Invoice #2063410 (After Discount)**   **$1,808.37**

# Sills Cummis & Gross

**A Professional Corporation**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Yankon Lighting
Samuel Wang
███████████████████

September 16, 2024
Client/Matter No. ███████
Invoice: 2066099
Billing Attorney: SDS

Federal Tax Id: ████████

RE: DS Enterprise patent litigation

For Legal Services Rendered Through August 31, 2024



|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| ███ | ██ | ████████ | ██ |  |
| ███ | ██ | ████████ | ██ |  |
| 08/03/24 | SDS | ████████; review correspondence and declarations provided by plaintiff (.6). | ██ | **.60** |
| 08/05/24 | SDS | ████████ review second declaration of Mr. Cummins and revised joint statement of dispute to court (.2 | 1.10 | **.20** |
| ███ | ██ | ████████ | ██ |  |
| ███ | ██ | ████████ | ██ |  |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

September 16, 2024

Client/Matter No. █████████

Invoice: 2066099

Page 2

| | | | HOURS | AMOUNT |
|---|---|---|---|---|



| 08/22/24 | SDS | Review and revise draft motion for sanctions. | 0.40 | **.40** |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation                                      September 16, 2024

Client/Matter No. ▮▮▮▮▮

Invoice: 2066099

Page 3

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/25/24 | SDS | ▮▮▮▮▮▮▮ review and revise draft motion for sanctions (1.6). | 1.90 | **1.6** |
| 08/26/24 | SDS | Review and revise draft motion for sanctions, review research re same (2.9); ▮▮▮▮ | 3.50 | **2.9** |
| 08/27/24 | SDS | ▮▮▮▮▮▮ correspondence with opposing counsel re sanctions and require meeting, conference with team re same (.8); ▮▮▮▮▮ | 3.50 | **.80** |
| 08/21/24 | RM | Analyze PRIVILEGED ▮▮▮; Draft preliminary statement section of brief.; Draft Argument Section of Motion for Sanctions.; Draft attorneys fees' section of brief | 6.50 | **6.5** |
| 08/22/24 | RM | Draft preliminary statement of motion for sanctions. | 1.50 | **1.5** |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

September 16, 2024
Client/Matter No. █████████
Invoice: 2066099
Page 4



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

September 16, 2024
Client/Matter No. ███████
Invoice: 2066099
Page 5

| | | | HOURS | AMOUNT |
|---|---|---|---|---|



| 08/19/24 | SC | Research **PRIVILEGED** | 1.50 | **1.5** |
| 08/20/24 | SC | Continue researching **PRIVILEGED** | 2.50 | **2.5** |
| 08/21/24 | SC | Research **PRIVILEGED** | 2.60 | **2.6** |

Sills Cummis & Gross P.C.

| | |
|---|---|
| DS Enterprise patent litigation | September 16, 2024 |
| | Client/Matter No. |
| | Invoice: 2066099 |
| | Page 6 |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| | | PRIVILEGED | | |
| 08/26/24 | SC | Research PRIVILEGED | 4.60 | **4.6** |
| 08/12/24 | LK | Analyzed research re PRIVILEGED ; reviewed emails re violation of protective order. | 2.40 | **2.4** |
| 08/14/24 | LK | Prepared draft of defendant's motion for sanctions; analyzed PRIVILEGED ; Prepared notes re PRIVILEGED ; analyzed cases re PRIVILEGED | 7.80 | **7.8** |
| 08/15/24 | LK | Drafted LHC's motion for sanctions for violation of the protective order; analyzed cases in support of LHC's motion; reviewed PRIVILEGED . | 5.50 | **5.5** |



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

September 16, 2024
Client/Matter No. █████████
Invoice: 2066099
Page 7

| | HOURS | AMOUNT |
|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

September 16, 2024
Client/Matter No. ██████

Invoice: 2066099
Page 8



Disbursement Detail



## SUMMARY OF AMOUNTS SOUGHT

Invoice #:  2066099                     Date: September 16, 2024

| Date | Attorney | Time | Hourly Rate | Total Amount |
|------|----------|------|-------------|--------------|
| 08/03/2024 | S. Stimpson | .60 | $925.00 | $555.00 |
| 08/05/2024 | S. Stimpson | .20 | $925.00 | $185.00 |
| 08/22/2024 | S. Stimpson | .40 | $925.00 | $370.00 |
| 08/25/2024 | S. Stimpson | 1.6 | $925.00 | $1,480.00 |
| 08/26/2024 | S. Stimpson | 2.9 | $925.00 | $2,682.50 |
| 08/27/2024 | S. Stimpson | .80 | $925.00 | $740.00 |
| 08/21/2024 | R. Moonan | 6.5 | $825.00 | $5,362.50 |
| 08/21/2024 | R. Moonan | 1.5 | $825.00 | $1,237.50 |
| 08/19/2024 | S. Camperson | 1.5 | $425.00 | $637.50 |
| 08/20/2024 | S. Camperson | 2.5 | $425.00 | $1,062.50 |
| 08/21/2024 | S. Camperson | 2.6 | $425.00 | $1,105.00 |
| 08/26/2024 | S. Camperson | 4.6 | $425.00 | $1,955.00 |
| 08/12/2024 | L. Krawczyk | 2.4 | $675.00 | $1,620.00 |
| 08/14/2024 | L. Krawczyk | 7.8 | $675.00 | $5,265.00 |
| 08/15/2024 | L. Krawczyk | 5.5 | $675.00 | $3,712.50 |

**Total Monthly Amount (Before Discount):**          $27,970.00

**Less Client Fee Discount**                          $4,195.50

**Total Monthly Amount for Invoice #2066099 (After Discount)** $23,774.50

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Yankon Lighting
Samuel Wang
████████████████████

October 4, 2024
Client/Matter No. ██████████
Invoice: 2066565
Billing Attorney: SDS

Federal Tax Id: ██████████

RE: DS Enterprise patent litigation

For Legal Services Rendered Through September 30, 2024

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/24 | SDS | ████████████████ attention to sanctions motion and attend conference with opposing counsel re same (.3); review and revise draft sanctions motion (..3); ██████████ | 1.30 | **.60** |
| 09/04/24 | SDS | ████████████████ review and revise draft motion for sanctions (2.1); ██████████ | 3.60 | **2.1** |
| 09/05/24 | SDS | Review and finalize sanction brief, correspondence to client re same (1,1); ██████████ | 1.70 | **1.1** |
| ████ | ██ | ██████████ | ██ |  |
| ████ | ██ | ██████████ | ██ |  |
| ████ | ██ | ██████████ | ██ |  |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ███████████

Invoice: 2066565

Page 2

HOURS          AMOUNT



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ███████

Invoice: 2066565

Page 3

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/24 | RM | Prepare for and participate in meet and confer with P. Cummins regarding sanctions motion. | 0.40 | .40 |
| 09/04/24 | RM | Draft portion of motion for sanctions regarding disclosure to competitors (.9); Review and revise sanctions brief (1.4). | 2.30 | 2.3 |
| 09/06/24 | RM | Proof and finalize memorandum of law in support of motion for sanctions (.7); proof and finalize notice of motion, proposed order, declaration or compliance, and Simpson declaration in support of motion for sanctions (1.2); proof and finalize memorandum of law, notice of motion, and proposed order in support of motion to seal (.9); cite check cases in both briefs (.7); prepare exhibits for motion for sanctions (.4). | 2.50 | 2.5 |
| 09/09/24 | RM | Finalize briefing and exhibits prior to filing. | 1.30 | 1.3 |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ███████████

Invoice: 2066565

Page 4

| | | HOURS | AMOUNT |
|---|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ███████████

Invoice: 2066565

Page 5

| | | HOURS | AMOUNT |
|---|---|---|---|



09/04/24    LY

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. █████████

Invoice: 2066565

Page 6

| | | HOURS | AMOUNT |
|---|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ███████████

Invoice: 2066565

Page 7

| | HOURS | AMOUNT |
|---|---|---|



## Disbursement Detail



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

October 4, 2024

Client/Matter No. ████████████

Invoice: 2066565

Page 8



## SUMMARY OF AMOUNTS SOUGHT

Invoice #:  2066565                          Date: October 4, 2024

| Date | Attorney | Time | Hourly Rate | Total |
|------|----------|------|-------------|-------|
| 09/03/2024 | S. Stimpson | .60 | $925.00 | $555.00 |
| 09/04/2024 | S. Stimpson | 2.1 | $925.00 | $1,942.50 |
| 09/05/2024 | S. Stimpson | 1.1 | $925.00 | $1,017.50 |
| 09/03/2024 | R. Moonan | .40 | $825.00 | $330.00 |
| 09/04/2024 | R. Moonan | 2.3 | $825.00 | $1,897.50 |
| 09/06/2024 | R. Moonan | 2.5 | $825.00 | $2,062.50 |
| 09/09/2024 | R. Moonan | 1.3 | $825.00 | $1,072.50 |

**Total Monthly Amount (Before Discount):**                   $8,877.50

**Less Client Fee Discount**                                  $1,331.63

**Total Monthly Amount for Invoice #2066565 (After Discount)**  $7,545.87

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Yankon Lighting
Samuel Wang
█████████████████

November 19, 2024
Client/Matter No. ████████
Invoice: 2069278
Billing Attorney: SDS

Federal Tax Id: ████████

RE: DS Enterprise patent litigation

For Legal Services Rendered Through October 31, 2024



|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| ████ | ██ | ████████████ | ██ | |
| ████ | ██ | ████████████ | ██ | |
| ████ | ██ | ████████████ | ██ | |
| ████ | ██ | ████████████ | ██ | |
| 10/07/24 | SDS | ████████████ review sanctions motion opposition and outline reply re same (1.4); correspondence to clients re same (.2). | 1.80 | **1.6** |
| ████ | ██ | ████████████ | ██ | |
| ████ | ██ | ████████████ | ██ | |
| 10/10/24 | SDS | Attention to reply in support of motion for | 2.20 | **.30** |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

November 19, 2024
Client/Matter No. ███████

Invoice: 2069278
Page 2



|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
|  |  | sanctions and correspondence to team re same (.3); |  |  |
| 10/11/24 | SDS | review and revise draft reply to motion for sanctions (.6); | 1.40 | .60 |
| 10/15/24 | SDS | attention to reply in support of motion for sanctions (.5). | 3.90 | .50 |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation                                    November 19, 2024
                                                        Client/Matter No. ███████████
                                                                  Invoice: 2069278
                                                                          Page 3

---



|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/10/24 | RM | Draft Argument Section of Reply Brief in further support of sanctions (3.8); Analyze opposition brief and cases relied on therein, declarations, and exhibits (2.1); Draft preliminary statement section of reply brief (.8); Review and revise brief (1.0). | 7.70 | 7.7 |
| 10/15/24 | RM | Review and finalize reply brief. | 0.80 | .80 |

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

November 19, 2024
Client/Matter No. █████████████
Invoice: 2069278
Page 4

| | | HOURS | AMOUNT |
|---|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

November 19, 2024
Client/Matter No. ███████████
Invoice: 2069278
Page 5

| | HOURS | AMOUNT |
|---|---|---|



Sills Cummis & Gross P.C.

DS Enterprise patent litigation

November 19, 2024

Client/Matter No. █████████

Invoice: 2069278

Page 6

| | | HOURS | AMOUNT |
|---|---|---|---|



Disbursement Detail

Sills Cummis & Gross P.C.

DS Enterprise patent litigation

November 19, 2024

Client/Matter No. ███████████

Invoice: 2069278

Page 8



## SUMMARY OF AMOUNTS SOUGHT

Invoice #:  2069278                    Date: November 19, 2024

| Date | Attorney | Time | Hourly Rate | Total |
|------|----------|------|-------------|-------|
| 10/07/2024 | S. Stimpson | 1.60 | $925.00 | $1,480.00 |
| 10/10/2024 | S. Stimpson | .30 | $925.00 | $277.50 |
| 10/11/2024 | S. Stimpson | .60 | $925.00 | $555.00 |
| 10/15/2024 | S. Stimpson | .50 | $925.00 | $462.50 |
| 10/10/2024 | R. Moonan | 7.7 | $825.00 | $6,352.50 |
| 10/15/2024 | R. Moonan | .80 | $825.00 | $660.00 |

**Total Monthly Amount (Before Discount):**          $9,787.50

**Less Client Fee Discount**          $1,468.13

**Total Monthly Amount for Invoice #2069278 (After Discount)**  $8,319.37