# EXHIBIT B

## Summary of Fees and Costs Requested From Invoices

| Invoice# | Invoice Date | Fees (in $) | Costs (in $) | Total (in $) |
|---|---|---|---|---|
| 2063410 | 8/5/2024 | 1,808.37 | - | 1,808.37 |
| 2066099 | 9/16/2024 | 23,774.50 | - | 23,774.50 |
| 2066565 | 10/4/2024 | 7,545.87 | - | 7,545.87 |
| 2069278 | 11/19/2024 | 8,319.37 | - | 8,319.37 |
| | | **41,448.11** | **-** | **41,448.11** |