1  Patrick Cummins (SBN: 294400)
2  Patrick@CumminsIP.com
   Cummins IP PLLC
3  3426 Pepperhill Rd.
4  Lexington, KY 40502
5  Telephone: 502.445.9880
   *Counsel for Plaintiff,*
6    *DS Advanced Enterprises, Ltd.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DS ADVANCED ENTERPRISES, LTD., a corporation, *Plaintiff*, v. LOWE'S HOME CENTERS, LLC, a corporation, *Defendant*. | Case No.: 3:23-cv-01335-CAB-JLB  **PLAINTIFF'S NOTICE OF INTENT TO FILE OBJECTIONS**  Judge:   The Honorable Cathy Ann Bencivengo  PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
|---|---|

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Plaintiff, DS Advanced Enterprises, Ltd., hereby provides notice of their intent to file objections regarding the Honorable Judge Burkhardt's January 24, 2025 Report and Recommendation, ECF No. 99.

Dated: January 31, 2025

*/s/ Patrick D. Cummins*,
Patrick D. Cummins
Cummins IP Law PLLC
3426 Pepperhill Rd.
Lexington, KY 40502
Telephone: (502) 445-9800
Patrick@CumminsIP.com
*Attorney for Plaintiff,*
  *DS Advanced Enterprises, Ltd.*

*Honorable Judge Bencivengo*
*Case No.: 3:23-cv-01335-CAB-JLB*