PETER S. DOODY (Bar No. 127653)
Doody@higgslaw.com
KATHRYN CALLAGHAN (Bar No. 340145)
callaghank@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

SCOTT D. STIMPSON (Pro Hac Vice)
KATHERINE M. LIEB (Pro Hac Vice)
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
Telephone:   (212) 643-7000

Attorneys for Defendant LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DS ADVANCED ENTERPRISES, LTD., a Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Corporation,<br><br>Defendant. | Case No. 3:23-cv-01335-CAB-JLB<br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S NOTICE OF CROSS-APPEAL**<br><br>JUDGE:   THE HONORABLE CATHY ANN BENCIVENGO<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Notice is hereby given that Defendant LOWE'S HOME CENTERS, LLC in the above-named case hereby cross-appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment, entered in this action on February 25, 2025 (ECF Nos. 110 and 111), and from the Order on Defendant's Motion for

Attorneys' Fees and Related Expenses, entered in this action on February 24, 2025 (ECF No. 108).

Transcripts required: No (previously provided)

Date civil complaint filed: July 21, 2023

Dated: March 10, 2025                    HIGGS FLETCHER & MACK LLP

By:      /s/ *Peter S. Doody*
         PETER S. DOODY

SILLS CUMMIS & GROSS P.C.
Scott D. Stimpson (Pro Hac Vice)
Katherine M. Lieb (Pro Hac Vice)

*Attorneys for Defendant LOWE'S HOME CENTERS, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 10, 2025, to all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*/s/ Peter S. Doody*
Peter S. Doody